WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Applicant,<br><br>  vs.<br><br>SPARE TIME, INC.<br><br>  Respondent. | Case No.: 2:10-mc-00127-LKK-GGH<br><br>**ORDER GRANTING REQUEST TO SEAL UNREDACTED BALDANADO DECLARATION** |

Having considered the arguments of the parties and the papers submitted, and for good cause shown, this Court GRANTS the U.S. Equal Employment Opportunity Commission's ("EEOC") Request to Seal the unredacted Declaration of Michael Baldanado filed in support of Applicant's Motion for Order Enforcing Administrative Subpoena to exclude the claimant's date of birth on Exhibit A attached thereto, and directs Applicant to file a redacted version forthwith.

Dated:  February 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT