WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Applicant

FILED

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  Applicant,  vs.  SPARE TIME, INC.  Respondent. | Case No.: 2:10-mc-00127-LKK-GGH  **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE**  Date: March 24, 2011  Time: 10:00 a.m.  Crtrm: Hon. Gregory G. Hollows  Courtroom 9, 13th Floor |

Having considered Applicant's Unopposed Motion for Continuance and finding good cause for the requests therein, IT IS HEREBY ORDERED THAT:

1.   The motion for a continuance is GRANTED and the hearing will be reset for April 21, 2011 at 10:00 a.m.

DATED: March 16, 2011        _____
                             Gregory G. Hollows
                             United States District Court Judge

Proposed Order Granting Unopposed Motion for Continuance
EEOC v. Spare Time, Inc.                       1